```
11543910302023              Erie County Prothonotary                  Page     1
       PYSPRT                Civil Case Detail Report                10/30/2023

Case No.......... 2023-12511  SHAWN HELD (vs) BRENTON DAVIS, AL

Reference No......                              Filed..........  10/23/2023
Case Type......... CONTRACT - EMPLOYMENT        Time...........        2:34
Judgment..........             $.00             Execution Date.  0/00/0000
Judge Assigned....                              Jury Trial.....
Disposed Desc.....                              Disposed Date..  0/00/0000
 ----------- Case Comments ------------         Higher Crt 1...
                                                Higher Crt 2...
```

```
*******************************************************************************
                          ++ GENERAL INDEX ++
Indexed Party                                    Attorney Info
HELD SHAWN                        PLAINTIFF      MCNAIR TIMOTHY D, ESQ
                                                   MCNAIR LAW OFFICES PLLC
                                                   821 STATE ST
                                                   ERIE, PA  16501

DAVIS BRENTON                     DEFENDANT
   ERIE, PA 16501

DAVIS BRENTON, ERIE CO            DEFENDANT
EXECUTIVE
   ERIE, PA 16501

ERIE COUNTY PA                    DEFENDANT
   ERIE, PA 16501

ERIE CO EXECUTIVE                 DEFENDANT
   ERIE, PA 16501

*******************************************************************************
                          ++ DOCKET ENTRIES ++
    Date        Entry Text
                - - - - - - - - - - - FIRST ENTRY - - - - - - - - - - - - - -
 10/23/2023     CAPTION: SHAWN HELD VS. BRENTON DAVIS, INDIVIDUALLY, AND AS COUNTY
                EXECUTIVE OF THE COUNTY OF ERIE, AND ERIE COUNTY PENNSYLVANIA
                ------------------------------------------------------------------
 10/23/2023     CIVIL COVER SHEET FILED.
                          1 Image page(s) exists for this entry
                ------------------------------------------------------------------
 10/23/2023     COMPLAINT IN CIVIL ACTION UNDER THE PENNSYLVANIA WHISTLEBLOWER LAW
                COUNTS I & II, IN AN AMOUNT IN EXCESS OF THE MANDATORY LIMITS FOR
                ARBITRATION IN ERIE CO, TOGETHER WITH PUNITIVE DAMAGES, ATTYS FEES,
                COSTS OF SUIT, REINSTATEMENT W/BACKPAY, BENEFIT COVERAGE, AND SUCH
                OTHER RELIEF W/NOTICE TO PLEAD WITHIN 20 DAYS. F/TIMOTHY D. MCNAIR,
                ESQ W/CERT OF COMPLIANCE, JURY DEMAND, AND VERIFICATION
                          10 Image page(s) exists for this entry
                ------------------------------------------------------------------
 10/27/2023     SHERIFF'S FILE RETURNED TO PROTHONOTARY'S OFFICE, FILED.
                CASE TYPE.: CIVIL COMPLAINT    RET TYPE: REGULAR
                LITIGANT..: BRENTON DAVIS
                ADDRESS...: ECC, 140 W 6TH ST
                CTY/ST/ZIP: ERIE, PA 16501
                HND TO....: WILLIAM SPEROS, SOLICITOR/AIC
                SHF/DPTY..: CHRIS CAMPANELLI
                DATE/TIME.: 10/26/23 @ 11:35 AM
                          3 Image page(s) exists for this entry
                ------------------------------------------------------------------
 10/27/2023     SHERIFF'S FILE RETURNED TO PROTHONOTARY'S OFFICE, FILED.
                CASE TYPE.: CIVIL COMPLAINT    RET TYPE: REGULAR
                LITIGANT..: ERIE COUNTY, PA
                ADDRESS...: 140 W 6TH ST
                CTY/ST/ZIP: ERIE, PA 16501
                HND TO....: WILLIAM SPEROS, SOLICITOR/AIC
                SHF/DPTY..: CHRIS CAMPANELLI
                DATE/TIME.: 10/26/23 @ 11:35 AM
                COSTS.....: $ 119.00
                          3 Image page(s) exists for this entry
                - - - - - - - - - - - - LAST ENTRY - - - - - - - - - - - - - -

*******************************************************************************
                          ++ Escrow Information ++
Cost / Fee           Beg. Balance      Pymts/Adjmts      End. Balance
```

EXHIBIT A

```
11543910302023            Erie County Prothonotary                      Page     2
    PYSPRT                  Civil Case Detail Report                    10/30/2023

Case No.......... 2023-12511  SHAWN HELD (vs) BRENTON DAVIS, AL

Reference No......                                      Filed..........  10/23/2023
Case Type......... CONTRACT - EMPLOYMENT                Time...........        2:34
Judgment..........            $.00                      Execution Date.   0/00/0000
Judge Assigned....                                      Jury Trial.....
Disposed Desc.....                                      Disposed Date..   0/00/0000
------------ Case Comments ------------                 Higher Crt 1...
                                                        Higher Crt 2...

COMPLAINT TAX                              $.50              $.50              $.00
JCS/ATJ                                 $19.00            $19.00              $.00
COMPLAINT                               $98.00            $98.00              $.00
AUTOMATION FEE                           $5.00             $5.00              $.00
                                       --------          --------          --------
                                       $122.50           $122.50              $.00

****************************************************************************
                          End of Case Information
```