| | |
|---|---|
| SHAWN HELD | IN THE COURT OF COMMON PLEAS OF ERIE COUNTY, PENNSYLVANIA |
| Plaintiff | CIVIL ACTION |
| v. | NO. 12511-2023 |
| BRENTON DAVIS, individually and as COUNTY EXECUTIVE OF THE COUNTY OF ERIE and ERIE COUNTY, PENNSYLVANIA | |
| Defendants | JURY TRIAL OF 12 DEMANDED |

## PRAECIPE FOR ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

    Please enter my appearance on behalf of the Defendants in the above-captioned matter.

                      Respectfully submitted,

                      MARSHALL DENNEHEY, P.C.

                      By _____
                          G. Jay Habas
                          717 State Street, Suite 701
                          Erie, PA 16501
                          (814) 480-7800

LEGAL/157353484.v1


EXHIBIT C

| | |
|---|---|
| SHAWN HELD | IN THE COURT OF COMMON PLEAS OF ERIE COUNTY, PENNSYLVANIA |
| Plaintiff | |
| | CIVIL ACTION |
| v. | |
| | NO. 12511-2023 |
| BRENTON DAVIS, individually and as COUNTY EXECUTIVE OF THE COUNTY OF ERIE and ERIE COUNTY, PENNSYLVANIA | |
| Defendants | JURY TRIAL OF 12 DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Praecipe for Entry of Appearance was duly served on all counsel of record and unrepresented parties on the 14TH day of November 2023, electronically or by mailing same to them at their designated addresses by first class United States mail, postage prepaid.

> Timothy D. McNair, Esquire
> McNair Law Offices, PLLC
> 821 State Street
> Erie, PA  16501

MARSHALL DENNEHEY, P.C.

By _____
G. Jay Habas

| | |
|---|---|
| SHAWN HELD<br><br>　　　　　Plaintiff<br><br>v.<br><br>BRENTON DAVIS, individually and as COUNTY EXECUTIVE OF THE COUNTY OF ERIE and ERIE COUNTY, PENNSYLVANIA<br><br>　　　　　Defendants | IN THE COURT OF COMMON PLEAS OF ERIE COUNTY, PENNSYLVANIA<br><br>CIVIL ACTION<br><br>NO. 12511-2023<br><br><br><br>JURY TRIAL OF 12 DEMANDED |

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provision of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: Defendants

Signature: _____

Name: G. Jay Habas

Attorney No. (if applicable): 55581