**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

SHAWN HELD,
    Plaintiff,

vs.

BRENTON DAVIS, et al,
    Defendants.

Civil Action No. 1:23-cv-00319-SPB

**CASE PARTICIPANTS ONLY**

## IMPORTANT NOTICE REGARDING TELEPHONE PROCEEDINGS

All telephonic proceedings will be held via a Microsoft Teams Audio Conference telephone number listed below. Each Scheduling Order will list the date and time and instruct you to refer to this document for the phone number and conference code. When you call the dial-in number, you will be instructed to enter the Phone Conference ID. Then, you will enter the Phone Conference ID code, followed by pressing pound (#).

### DIAL-IN NUMBER

Phone number: (814) 400-5033

Phone Conference ID: 136 238 296#

    s/ Susan Paradise Baxter
    SUSAN PARADISE BAXTER
    UNITED STATES DISTRICT JUDGE