IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN HELD | CIVIL ACTION |
| Plaintiff | NO. NO. 1:23-CV-00319 |
| v. | |
| BRENTON DAVIS, individually and as COUNTY EXECUTIVE OF THE COUNTY OF ERIE and ERIE COUNTY, PENNSYLVANIA | |
| Defendants | JURY TRIAL OF 12 DEMANDED |

## **PROPOSED ORDER**

AND NOW, this ___ day of May 2024, upon consideration of the Defendants' Motion to Extend Discovery Deadline, it is hereby **ORDERED** that the Motion is **GRANTED**. The parties shall have until July 3, 2024, to complete fact discovery. It is further **ORDERED** that the Court's original telephonic post-discovery status conference set for May 9, 2024, at 2:30 P.M. will proceed/shall be continued until July _____, 2024, at _____ A.M./P.M.

BY THE COURT:

_____
SUSAN PARADISE BAXTER
UNITED STATES DISTRICT COURT JUDGE