IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN HELD | CIVIL ACTION |
| Plaintiff | NO. NO. 1:23-CV-00319 |
| v. | |
| BRENTON DAVIS, individually and as COUNTY EXECUTIVE OF THE COUNTY OF ERIE and ERIE COUNTY, PENNSYLVANIA | |
| Defendants | JURY TRIAL OF 12 DEMANDED |

## ORDER

AND NOW, this 1st day of May 2024, upon consideration of the Defendants' Motion to Extend Discovery Deadline, it is hereby **ORDERED** that the Motion is **GRANTED**. The parties shall have until July 3, 2024, to complete fact discovery. It is further **ORDERED** that the Court's original telephonic post-discovery status conference set for May 9, 2024, at 2:30 P.M. will shall be continued until July 18, 2024, at 10:00 a.m. The parties are directed to contact the Court using the telephone instructions filed at ECF No. [6] at the time of the scheduled conference.

BY THE COURT:

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
UNITED STATES DISTRICT COURT JUDGE