UNITES STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN HELD | : |
| Plaintiff | : |
| v. | : Case No.: 1:23-cv-00319 SPB |
| BRENTON DAVIS, individually and as COUNTY EXECUTIVE OF THE COUNTY OF ERIE and ERIE COUNTY, PENNSYLVANIA | : |
| Defendants | : |

### ORDER

AND NOW, to-wit this _____ day of July, 2024, upon consideration of Second Motion to Extend Case Management Deadline, it hereby ORDERED that said Motion is GRANTED. Case Management Deadlines shall be extended sixty (60) days as follows:

    Fact Discovery:                    September 1, 2024

    All other deadlines:           TBD

It is further ORDERED that the post-fact discovery status conference scheduled for July 18, 2024, is cancelled and will be rescheduled by the Court.

                              BY THE COURT,

                              _____

                              Susan Paradise Baxter, J.