UNITES STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN HELD | : |
| Plaintiff | : |
| v. | Case No.: 1:23-cv-00319 SPB |
| BRENTON DAVIS, individually and as COUNTY EXECUTIVE OF THE COUNTY OF ERIE and ERIE COUNTY, PENNSYLVANIA | : |
| Defendants | : |

## ORDER

AND NOW, to-wit this 3rd day of July, 2024, upon consideration of Second Motion to Extend Case Management Deadline, it hereby ORDERED that said Motion is GRANTED. The parties shall have until September 1, 2024 to complete fact discovery. It is further ORDERED that the telephonic post-discovery status conference set for July 18, 2024 at 10:00 a.m. is canceled and rescheduled for September 11, 2024 at 3:00 p.m. The parties are directed to contact the Court using the telephone instructions filed at ECF No. [6] at the time of the scheduled conference.

BY THE COURT,

_Susan Paradise Baxter_

Susan Paradise Baxter, J.