IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Shawn Held, | ) |
|     Plaintiff | ) |
| | ) Case No. 1:23-cv-319 |
| v. | ) |
| | ) |
| | ) Richard A. Lanzillo |
| Brenton David, et al., | ) Chief United States Magistrate Judge |
|     Defendants | ) |

## HEARING MEMO/MINUTE ENTRY

**Hearing Date:** September 19, 2024
**Time:** 9:00 AM
**Type of Conference:** Scheduling Conference
**Reporter:** n/a
**Staff Attorney/Law Clerk:** John B. "Sean" Heasley
**Courtroom Deputy:** n/a

**Counsel for Plaintiff**

Timothy D. McNair, Esq.

**Counsel for Defendant**

G. Jay Habas, Esq.

**Orders, Remarks, Instructions**

The Court convened a telephone conference in this matter to schedule a settlement/mediation conference.

The Parties agreed on October 24, 2024, beginning at 9:00 AM as the date for the conference.

A detailed scheduling order will issue separately.