**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Shawn Held, | ) |
|     Plaintiff | ) |
| | ) Case No. 1:23-cv-319 |
| v. | ) |
| | ) |
| | ) Richard A. Lanzillo |
| Brenton Davis, *et al.*, | ) Chief United States Magistrate Judge |
|     Defendants | ) |

**HEARING MEMO/MINUTE ENTRY**

| | |
|---|---|
| **Hearing Date:** | October 24, 2024 |
| **Time:** | 9:00 AM until 3:00 PM |
| **Type of Conference:** | Mediation/Settlement Conference |
| **Reporter:** | n/a |
| **Staff Attorney/Law Clerk:** | John B. "Sean" Heasley |
| **Courtroom Deputy:** | n/a |

**Counsel for Plaintiff**          **Counsel for Defendant**

Timothy D. McNair, Esq.          G. J. Habas, Esq.

**Also Participating:**

William S. Speros, Esq.
Heather Ilgenfritz

**Orders, Remarks, Instructions**

A mediation/settlement conference was conducted. Mediation/settlement discussions are ongoing.