UNITES STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN HELD | : |
| Plaintiff | : |
| v. | : Case No.: 1:23-cv-00319 SPB |
| BRENTON DAVIS, individually and as COUNTY EXECUTIVE OF THE COUNTY OF ERIE and ERIE COUNTY, PENNSYLVANIA | : |
| Defendants | : |

## JOINT STIPULATION FOR DISMISSAL

NOW COME the parties hereto, pursuant to F. R.Civ.P. 41(A)(1)(a)(ii), and stipulate to the dismissal of the within action, with prejudice, each party to bear their own costs.

McNair Law Offices, PLLC

By: /s/ Timothy D. McNair, Esquire
  Timothy D. McNair, Esquire
  821 State Street
  Erie, PA 16501
  (814) 452-0700 (telephone)
  (814) 454-2371 (facsimile)
  Atty No. PA 34304
  tmcnair@mcnairlaw.com
  Attorney for Plaintiff Shawn Held

**MARSHALL DENNEHEY, P.C.**

By: /s/ G. Jay Habas
  G. Jay Habas, Esquire
  717 State Street, Suite 701
  Erie, PA 16501
  (814) 480-7800
  (814) 455-3603
  PA ID No. 55581
  gjhabas@mdwcg.com
  *Attorney for Defendants*