UNITES STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN HELD | : |
| Plaintiff | : |
| v. | Case No.: 1:23-cv-00319 SPB |
| BRENTON DAVIS, individually and as COUNTY EXECUTIVE OF THE COUNTY OF ERIE and ERIE COUNTY, PENNSYLVANIA | : |
| Defendants | : |

**JOINT STIPULATION FOR DISMISSAL**

NOW COME the parties hereto, pursuant to F. R.Civ.P. 41(A)(1)(a)(ii), and stipulate to the dismissal of the within action, with prejudice, each party to bear their own costs.

McNair Law Offices, PLLC

By: /s/ Timothy D. McNair, Esquire
    Timothy D. McNair, Esquire
    821 State Street
    Erie, PA 16501
    (814) 452-0700 (telephone)
    (814) 454-2371 (facsimile)
    Atty No. PA 34304
    tmcnair@mcnairlaw.com
    Attorney for Plaintiff Shawn Held

MARSHALL DENNEHEY, P.C.

By: /s/ G. Jay Habas
    G. Jay Habas, Esquire
    717 State Street, Suite 701
    Erie, PA 16501
    (814) 480-7800
    (814) 455-3603
    PA ID No. 55581
    gjhabas@mdwcg.com
    *Attorney for Defendants*

It is so Ordered this 30th day of December, 2024.

_____
United States District Judge